IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BEATRICE H. AIREY, Individually and
on Behalf of the Estate and Wrongful
Death Beneficiaries of ALBERT J.
AIREY, Deceased                                                                         PLAINTIFFS

v.                                                           CAUSE NO. 1:16-cv-00317-LG-RHW

A.O. SMITH WATER PRODUCTS CO, ET AL.                                    DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
### AS TO GENERAL ELECTRIC COMPANY

This cause this day came on for hearing on motion *ore tenus* of Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, to dismiss with prejudice General Electric Company, Defendant therein, and the Court, being fully advised of the facts and circumstances of this matter, is of the opinion that such motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that General Electric Company be and are hereby dismissed with prejudice from the claims of Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, with each party to bear their own costs.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with regard to the claims of Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, against General Electric Company and does not affect the rights of any other parties to this action.

**SO ORDERED AND ADJUDGED** this the 15th day of March, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

APPROVED AND AGREED:

| | |
|---|---|
|   /s/ James "Lee" Farragut, III |   /s/ Edderek L. Cole |
| James L. Farragut, III (MSB #104496) | Edderek "Beau" Cole (MSB# 100444) |
| Attorney for Plaintiff Beatrice H. Airey, | Tabitha Bandi (MSB# 105112) |
| Individually and on Behalf of the Estate and | Sarah E. Jones (MSB# 103944) |
| Wrongful Death Beneficiaries of | Attorneys for General Electric Company |
| Albert J. Airey, Deceased | Maron Marvel Bradley |
| Farragut Law Firm, LLC | Anderson & Tardy LLC |
| PO BOX 1543 | Post Office Box 22803 |
| Pascagoula, MS 39568 | Jackson, Mississippi 39225-2803 |
| FarragutLawFirm@hotmail.com | (601) 974-8718 |
| | bcole@maronmarvel.com |
| | Tbandi@maronmarvel.com |
| | sjones@maronmarvel.com |