**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BEATRICE H. AIREY, Individually**
**and on Behalf of the Estate and Wrongful Death**
**Beneficiaries of ALBERT J. AIREY, Deceased,**            **PLAINTIFFS**

v.            **CAUSE NO. 1:16-cv-00317-LG-RHW**

**A.O. SMITH WATER PRODUCTS CO., ET AL.**            **DEFENDANTS**

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.**

Having been informed by counsel for Plaintiffs and Defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc. ("Buffalo Pumps"), that a settlement of all claims against Defendant Buffalo Pumps, only, has been fully effectuated and that there are no longer any issues to further adjudicate in this matter as to Buffalo Pumps, the Court hereby dismisses this action with prejudice as to Plaintiffs' claims against Buffalo Pumps. This Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**SO ORDERED AND ADJUDGED** this the 21st day of March, 2018.

                                  s/ *Louis Guirola, Jr.*
                                  Louis Guirola, Jr.
                                  United States District Judge

PRESENTED BY:

*/s/ Jeffrey P. Hubbard*
JEFFREY P. HUBBARD (MBN 2830)
hubbard@hubbardmitchell.com
STACEY L. STRAIN (MBN 101564)
strain@hubbardmitchell.com
HUBBARD, MITCHELL, WILLIAMS & STRAIN, PLLC

1062 Highland Colony Parkway, Suite 222
Ridgeland, Mississippi  39157
Post Office Box 13309
Jackson, Mississippi 39236
Telephone: (601) 707-3440
Facsimile: (601) 898-2726
*Attorneys for Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc.*


AGREED AND APPROVED:

*/s/ James L. Farragut, III*
JAMES LEE FARRAGUT, III (MBN 104496)
farragutlawfirm@hotmail.com
jlfarragut@gmail.com
FARRAGUT LAW FIRM, PLLC
1934 Old Mobile Highway
Pascagoula, Mississippi 39567
Post Office Box 1543
Pascagoula, Mississippi 39568
Telephone: (228) 762-4447
Facsimile: (228) 769-9050
*Attorney for Plaintiffs*