IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BEATRICE H. AIREY, Individually
And on Behalf of the Estate and Wrongful
Death Beneficiaries of ALBERT J. AIREY,
Deceased** **PLAINTIFFS**

**v.** **CAUSE NO. 1:16-CV-00317-LG-RHW**

**A.O. SMITH WATER PRODUCTS CO., et al.** **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
### AS TO METROPOLITAN LIFE INSURANCE COMPANY

This matter came before the Court on the Joint Motion *ore tenus* for Voluntary Dismissal With Prejudice of the claims filed by the Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, as against the Defendant, Metropolitan Life Insurance Company, and the Court being advised in the premises finds that the motion is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED AND ADJUDGED, that the claims of the Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, as against Defendant Metropolitan Life Insurance Company, are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs, and Plaintiff expressly reserves the claims against all remaining Defendants in this action.

**SO ORDERED AND ADJUDGED** this the 28th day of March, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED TO AND APPROVED BY:

| | |
|---|---|
| */s/ James L. Farragut, III* | */s/ David A. Barfield* |
| James L. Farragut, III, Esq. (MSB#104496) | David A. Barfield, Esq. (MSB#1994) |
| FARRAGUT LAW FIRM, PLLC. | PETTIS, BARFIELD & HESTER, P.A. |
| 1934 Old Mobile Hwy | 4450 Old Canton Road, Ste 210 |
| Pascagoula, MS 39567 | Jackson, Mississippi 39211 |
| FarragutLawFirm@hotmail.com | dbarfield@pbhfirm.com |
| **Attorney for Plaintiff** | **Attorney for Metropolitan Life Insurance Company** |