IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BEATRICE H. AIREY, Individually
and on behalf of the Estate and
Wrongful Death Beneficiaries of
Albert J. Airey, Deceased							PLAINTIFF

v.								CAUSE NO. 1:16cv317-LG-RHW

A.O. SMITH WATER PRODUCTS CO.,
a division of A.O. Smith Corp.; et al.					DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO CBS CORPORATION

This cause this day came on for hearing on motion ore tenus of Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, to dismiss with prejudice CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, and the Court, being fully advised of the facts and circumstances of this matter, is of the opinion that such motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation is hereby dismissed with prejudice from the claims of Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, with each party to bear its own costs.

IT IS FURTHER ORDERED AND ADJUDGED that this dismissal is effective solely with regard to the claims of Plaintiff, Beatrice H. Airey, Individually and on Behalf of the Estate and Wrongful Death Beneficiaries of Albert J. Airey, Deceased, against CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation and does not affect the rights of any other parties to this action.

**SO ORDERED AND ADJUDGED** this the 1st day of May, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

APPROVED AND AGREED:

*/s/ James "Lee" Farragut, III*
James L. Farragut, III (MSB #104496)
Farragut Law Firm, LLC
P.O. Box 1543
Pascagoula, MS 39568
FarragutLawFirm@hotmail.com
Attorney for Plaintiff Beatrice H. Airey,
Individually and on Behalf of the Estate of
Wrongful Death Beneficiaries of Albert J.
Airey, Deceased

*/s/ Rose Marie Wade*
Rose Marie Wade, Esq. (MSB No. 100904)
EVERT WEATHERSBY HOUFF
3455 Peachtree Road NE, Suite 1550
Atlanta, Georgia 30326
(678) 651-1200
rmwade@ewhlaw.com
Attorney for CBS Corporation, a Delaware
corporation, f/k/a Viacom Inc., successor by
merger to CBS Corporation, a Pennsylvania
corporation, f/k/a Westinghouse Electric
Corporation