## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

BEATRICE H. AIREY, Individually
and on Behalf of the Estate and Wrongful Death
Beneficiaries of ALBERT J. AIREY, Deceased                                    **PLAINTIFFS**

v.                                                                           **CAUSE NO. 1:16-cv-00317-LG-RHW**

A.O. SMITH WATER PRODUCTS CO., ET AL.                                    **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the joint ore tenus motion for dismissal of IMO Industries, Inc. from the above-styled and numbered cause of action, and after due consideration thereof and having been advised that the parties are in agreement as to this matter, the Court is of the opinion that the motion is well taken and is hereby **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that IMO Industries, Inc., is hereby **DISMISSED WITH PREJUDICE** in the above-styled and numbered cause of action, and that each party shall bear its respective costs.

**SO ORDERED AND ADJUDGED** this the 29th day of May, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

Approved by:

/s/ James L. Farragut
James L. Farragut, III, MSB #104496
Farragut Law Firm
3423 Washington Ave.
Gulfport, MS 39501
Attorney for Plaintiff

/s/ Claire W. Ketner
Claire W. Ketner, MSB #99708
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, MS 39205
Attorney for Defendant